IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-15-CAR-4 |
| FNU LNU AKA "SKATEBOARD," : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Fnu Lnu aka "Skateboard" pursuant to Federal Rule of Criminal Procedure 48(a). The Government has indicated that Defendant's whereabouts are unknown at this time.

After careful consideration, the Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 77] and hereby **ORDERS** the pending Indictment in Case No. 3:21-CR-15-CAR-4 against Defendant Fnu Lnu aka "Skateboard" to be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this 28th day of July, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT